UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH S. MORRIS,<br><br>        Plaintiff,<br><br>  -against-<br><br>PRESIDENT DONALD J. TRUMP; COMM ANDREW SAUL OF SOCIAL SECURITY; NANCY BERRYHILL, DEPUTY COMM. OF SOCIAL SECURITY; UNITED STATES OF AMERICA (GOV); LORELEI SALAS, COMM. OF DCA; ALLISON JOHNSON, DEPARTMENT OF CONSUMER AFFAIRS; TRACIE L. COVEY, ED. OF UNEMPLOYMENT INSURANCE APPEALS BOARD NYS; GERALDINE A. REILLY, CHAIRWOMAN, NYS ULAB; STEVEN MNUCHIN; ALEXANDER ACOSTA, D.O.L. SECRETARY; MIKE LAST NAME UNKNOWN BUT OWNER OF YONKERS KIA a/k/a YONKERS AUTO OUTLET; LINA KHAN, COMM. FTC; STEVEN MELVINI, SDNY CLERK; STEPHEN GESKY, DIR. (ADJUDICATION UNIT); HESITKA SDNY CLERK SUPERVISOR; NORTHWELL LENOX HILL HOSP.; ANDREW J. SPANO, N.Y.S. BOARD OF ELECTIONS COMM.; HESTER M. PEIRCE, STOCK EXCHANGE COMM.; THE STATE OF NEW YORK; MARTIN J. WALSH, D.O.L. COMM; ROHIT CHOPRA CFPB DIRECTOR; SECRETARY OF N..S. TREASURY; MILTON ADAIR TINGLING; MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES; ROBERTA REARDON, DEPT. OF LABOR COMM.; SAMI SABA,<br><br>        Defendants. | 21-CV-4445 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 13, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 13, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge